NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1370, -1402

WHIRLPOOL CORPORATION and WHIRLPOOL PATENTS COMPANY,

Plaintiffs-Cross Appellants,

v.

LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,

Defendants-Appellants,

and

GENERAL ELECTRIC COMPANY,

Defendant-Appellant.

Daniel A. Boehnen, McDonnell Boehnen Hulbert & Berghoff LLP, of Chicago, Illinois, argued for plaintiffs-cross appellants.  With him on the brief were Christopher M. Cavan and Sean M. Sullivan.

Kenneth R. Adamo, Jones Day, of Cleveland, Ohio, argued for defendant-appellant General Electric Company.  With him on the brief were Lawrence D. Rosenberg, of Washington, DC, and Susan M. Gerber, of Cleveland, Ohio.  Of counsel were Gerald R. Ross and Douglas R. Cole, of Atlanta, Georgia.

Richard L. Stroup, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, argued for defendant-appellant LG Electronics U.S.A., Inc., et al.   With him on the brief were Don O. Burley, Gerson S. Panitch, Parmanand K. Sharma, and Andrew C. Sonu.

Appealed from: United States District Court for the Western District of Michigan

Judge Robert Holmes Bell

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1370, -1402

WHIRLPOOL CORPORATION and WHIRLPOOL PATENTS COMPANY,

Plaintiffs-Cross Appellants,

v.

LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,

Defendants-Appellants,

and

GENERAL ELECTRIC COMPANY,

Defendant-Appellant.

# Judgment

ON APPEAL from the     United States District Court for the Western District of Michigan

In CASE NO(S).     1:04-CV-100.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, PLAGER, and GAJARSA, <u>Circuit Judges</u>).

<u>**AFFIRMED.**</u> <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: _October 10, 2008_      / s /  *Jan Horbaly*

Jan Horbaly, Clerk